**E-filed 6/28/07**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| RAFAEL ALMANZA, | ) | No. C 07-2614 JF (PR) |
|---|---|---|
| Petitioner, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| V.M. ALMAGER, Warden | ) | |
| Respondent. | ) | |

    On May 16, 2007, the instant habeas action was transferred to this Court from the United States District Court for the Central District of California. On that same day this Court sent a notification to Petitioner informing him that he had neither paid the filing fee nor submitted a completed application for leave to proceed in forma pauperis. The Court provided a copy of the correct form for application to proceed in forma pauperis, along with a return envelope, instructions, and a notification that the case would be dismissed if Petitioner failed to pay the fee or file the supporting documentation within thirty days.

    As of the date of this order, Petitioner has not paid the $5.00 filing fee, nor submitted a completed in forma pauperis application.

\\\

\\\

Order of Dismissal
P:\pro-se\sj.jf\hc.07\Almanza614    1

1 | Accordingly, the instant case is DISMISSED without prejudice for Petitioner's failure to
2 | pay the filing fee or file a completed in forma pauperis application. The Clerk shall
3 | terminate any pending motions and close the file.
4 |     IT IS SO ORDERED.
5 | DATED: ____6/28/07_____
6 |                 JEREMY FOGEL
                United States District Judge

Order of Dismissal
P:\pro-se\sj.jf\hc.07\Almanza614     2

1  A copy of this ruling was mailed to the following:

2

3  Rafael Almanza
V-91194
Centinela State Prison
4  P.O. Box 931
Imperial, CA 92251

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal
P:\pro-se\sj.jf\hc.07\Almanza614           3