\*\*E-filed 6/28/07\*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAFAEL ALMANZA, | ) | No. C 07-2614 JF (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| V.M. ALMAGER, Warden | ) | |
| Respondent. | ) | |

The Court has dismissed the instant habeas action without prejudice for Petitioner's failure to pay the filing fee or file a completed in forma pauperis application. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: __6/28/07_____

JEREMY FOGEL
United States District Judge

Judgment
P:\pro-se\sj.jf\hc.07\Almanza614jud          1

1  A copy of this ruling was mailed to the following:

2

3  Rafael Almanza
   V-91194
   Centinela State Prison
4  P.O. Box 931
   Imperial, CA  92251

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Judgment
P:\pro-se\sj.jf\hc.07\Almanza614jud          2