Rafael Almanza
V-91194 - D2 - 243
Centinela State Prison
P.O. Box 931
Imperial, CA.     92251

April 25, 2008

Office of the Clerk
United States District Court
Northern District of California
450 Golden Avenue, 16th Floor
San Francisco, CA.   94102

Re:  C-07-cv-2614 JF (PR) "Rafael Almanza v. V.M. Almager, Warden".

"In Forma Pauperis"

Dear Court Clerk,

The inmate that was helping me with my federal writ of habeas corpus has been transferred to another prison. I am confused as to the status of my case, and I am asking if you could update me as to the status of my case ?

In reading over my legal documents. There is a letter from the Court, showing that my case C-07-2614-JF (PR) - Rafael Almanza v. V.M. Almager, Warden, has been transferred to the United States District Court, for the Northern District of California.

Included with this letter, you mentioned that my petition is deficient because:

> I did not pay the appropriate filing fee of $5.00; and because the In Forma Pauperis Application that I submitted is insufficient, because I did not use the correct "form"; and I did not submit a Certificate of Funds in my prison account, completed and signed by an authorized officer at the prison; and finally, I did not attach a copy of my trust account statement showing transactions for the last six months.

Clerk, in regards to the In Forma Pauperis Application, that I submitted to the Court. I used the only "FORM" that was available to me, and provided by the Prison Law Library.

Could you provide me with the correct **form** from this court's current **Prisoner's In Forma Pauperia** Application, so that I can "fill it out and resubmit it to the court for filing ?

According to the **TRUST ACCOUT OFFICER**, here at Centinela State Prison, a "Certificate of Funds in Prisoner's Account", and a TRUST ACCOUNT STATEMENT showing transcations for the last six months was mailed to the count on

1

July 9, 2007. (I Have enclosed a copy of the **Memorandum** that I received from the TRUST ACCOUNT OFFICE, baring the name of SHEILA DAWSON, Account I Supervisor.

If the court still does not have these **Certified Documents**, will you let me know at once, so that I can get said documents done all over, and forward said information to the court.

Once again, please provide me with this court's current Prisoner's <u>**In Forma Pauperis Application**</u>. So, that I can fill it out and resubmit it to this Honorable Court.

I am indigent, and without any funds on my account. I am unable to pay the filing fee of $5.00, for the filing of said writ.

Clerk, also please be informed of my **CHANGE OF ADDRESS**. I am no longer housed in D3-109L. I have been moved to a different building. So, all correspondence from the Court to me, should be addressed as follows:

> Rafael Almanza
> V-91194 – D2 – 243
> Centinela State Prison
> P.O. Box 931
> Imperial, CA.    92251

Thank you.

Sincerely,

*Rafael Almanza*
**RAFAEL ALMANZA**

cc: ra

State of California                                    Department of Corrections and Rehabilitation

# Memorandum

Date : 7/9/07

To   : V91194
       Almanza, R
       D3-109

Subject: **FEDERAL / STATE COURT FILING**

In response to your inquiry regarding your court certified documents, we can only supply you with the date and time that the forms were sent from the Accounting Office to the Mailroom for mailing.

DATE: 7/9/07

TIME: 9:00 a.m.

If you have any questions, you will need to contact your Counselor.


SHEILA DAWSON
Accountant I Supervisor

Rafael Almanzo
V-91194-02-243
P.O. box 981
Imperial CA.
92251

"confidential legal-mail"

Office of the Clerk
United States District Court
Northern District of California
450 Golden Avenue, 16th Floor
San Francisco, CA. 94102